UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

COZY HOMES REAL ESTATE, INC., doing business as
EXIT REALTY CHAMPIONS,

    Defendant.
_____/

## SUMMONS IN A CIVIL ACTION

TO:   COZY HOMES REAL ESTATE, INC.,
       doing business as EXIT REALTY CHAMPIONS,
       c/o Steven Humphries (Registered Agent)
       526 Henley Circle
       Davenport, FL 33896

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Joshua A. Glickman, Esq., josh@sjlawcollective.com
                Shawn A. Heller, Esq., shawn@sjlawcollective.com
                Social Justice Law Collective, PL
                974 Howard Ave., Dunedin, FL 34698

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____          _____
                                     Signature of Clerk or Deputy Clerk