UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
Case No. 5:23-cv-00342-JSM-PRL

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

COZY HOMES REAL ESTATE, INC., doing business as
EXIT REALTY CHAMPIONS,

    Defendant.
_____/

## NOTICE OF RELATED ACTION

Under Local Rule 1.07(c), all counsel of record and unrepresented parties must promptly inform the Court and other parties of the existence of any similar or successive cases pending before any court or administrative agency.[1] But, for removal cases, the parties need not identify the original state-court proceeding in this Notice.

I certify that the above-captioned case:

☐    **IS** related to civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

_____
_____
_____
_____

---

[1] All counsel and unrepresented parties have a continuing duty to promptly inform the Court and parties of any **additional or new** similar or successive cases by filing an Amended Notice of Pendency of Related Actions.

   **X**   **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated:     6/24/2023

        Respectfully submitted,

        Joshua A. Glickman, Esq.
        Florida Bar No. 43994
        josh@sjlawcollective.com
        Shawn A. Heller, Esq.
        Florida Bar No. 46346
        shawn@sjlawcollective.com

        Social Justice Law Collective, PL
        974 Howard Ave.
        Dunedin, FL 34698
        (202) 709-5744
        (866) 893-0416 (Fax)

        Attorneys for the Plaintiff

        By:  *s/ Joshua A. Glickman*
             Joshua A. Glickman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 24th day of June 2023, which will send a notice of electronic filing to all attorneys of record.

        By:  *s/ Joshua A. Glickman*
             Joshua A. Glickman, Esq.